PD-0613-15          NO. 12-14-00184-CR

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

DEMETRIUS KELLUM

V.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk
FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

FROM APPEAL NO. _____114th_____
TRIAL CAUSE NO. 114-1918-13
__SMITH_____ COUNTY.

## FRIST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, DEMETRIUS KELLUM, PETITIONER, AND FILES THIS MOTION FOR AN EXTENSION OF SIXTY(60) days IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION, APPELLANT SHOWS THE COURT THE following:

I.

THE PETITIONER WAS CONVICTED IN THE __114th__ DISTRICT COURT OF __SMITH__ COUNTY, TEXAS OF THE OFFENSE OF AGGRAVATED ASSAULT IN CAUSE NO. 12-14-00184-CR, styled STATE OF TEXAS VS. DEMETRIUS KELLUM. THE PETITIONER APPEALED TO THE COURT OF APPEALS, __12th__ SUPREME JUDICIAL DISTRICT. THE CASE WAS AFFIRMED ON APRIL 30.

## II.

THE PRESENT deadline for filing THE Petition for Discretionary Review is **30 DAYS**. THE Petitioner HAS NOT REQUESTED ANY EXTENSION Prior TO THIS REQUEST.

## III.

Petitioner's REQUEST for AN EXTENSION is BASED UPON THE following FACTS: PETITIONER WAS NOT INFORMED OF THE decision OF THE COURT OF APPEALS IN affirming HIS CASE Until **APRIL 30**. SINCE That TIME Petitioner HAS been Attempting TO gain LEGAL REPRESENTATION IN THIS matter. HIS ATTORNEY ON THE APPEAL, **AUSTIN REEVE JACKSON**, HAS INFORMED PETITIONER THAT HE will NOT REPRESENT HIM ON THE Petition for DISCRETIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANTS THIS MOTION AND EXTEND THE Deadline for filing THE PETITION for DISCRETIONARY REVIEW IN CASE NO. **12-14-00184-CR** TO **SIXTY(60) DAYS**.

**Demetrius Kellum**
PETITIONER, PRO SE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**William G. McCONNEll** UNIT
**TDCJ-ID # 01936979**
**BEEVILLE**, TEXAS **78102**

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE above AND forgoing FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS been forwarded BY U.S. MAIL, POSTAGE PREPAID, FIRSTCLASS, TO THE ATTORNEY FOR STATE, _____, AT _____ AND TO THE PROSECUTING ATTORNEY, P.O. BOX 12405, AUSTIN TEXAS 78711 ON THIS the **14th** day of **MAY** 20 **15**.

**Demetrius Kellum**
PETITIONER, PRO SE

I, Demetrius Kellum ,TDCJ# 1936979 , BEING PRESENTLY INCARCERATED IN THE W.G. McCONNELL unit of the TEXAS DEPARTMENT of CRIMINAL JUSTICE IN BEEVILLE COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY of PERJURY that THE foREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 14th DAY OF MAY , 20 15 .

_Demetrius Kellum_
PETITIONER ,TDCJ# 1936979